PHILLIP A. TALBERT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900

Attorneys for the United States
States of America

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ACKERMAN,<br><br>               Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, a government agency; BRANDYN ALLEN BALDWIN, an individual; UNITED STATES OF AMERICA; and DOES 1 to 10,<br><br>               Defendants. | CASE NO. 2:24-CV-01992-TLN-DMC<br><br>**ORDER AMENDING CASE CAPTION** |

Based on the dismissal of Defendants United States Postal Service and Brandyn Allen Baldwin, *see* ECF No. 7, the stipulation of the parties, and pursuant to Federal Rule of Civil Procedure 10, the case caption is amended to identify only the current defendant in this case, the United States of America.

IT IS SO ORDERED.

Dated: September 25, 2024

_____
Troy L. Nunley
Chief United States District Judge