Alex Farzan (SBN 312771)
**THE LAW OFFICE OF ALEX FARZAN**
10940 Wilshire Blvd., Suite 2010
Los Angeles, CA 90024
Telephone: (424) 325-3112
Email: alex@farzanlaw.com

Attorney for Plaintiff,
Carl Ackerman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ACKERMAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. 2:24-cv-01992-TLN-DMC<br><br>**ORDER MODIFYING INITIAL PRETRIAL SCHEDULING ORDER** |

1      Pursuant to the Stipulation of the parties, and GOOD CAUSE having been shown, the Court modifies its Initial Pretrial Scheduling Order as follows:

- The discovery cutoff date shall be continued by 120 days from September 27, 2025, to January 23, 2026.
- The initial expert designation date shall be continued by 120 days from November 26, 2025, to March 26, 2026
- The supplemental expert witness designation date shall be continued by 120 days from December 26, 2025, to April 27, 2026.

IT IS SO ORDERED.

DATED: August 27, 2025

_____
Troy L. Nunley
Chief United States District Judge

2
ORDER