1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11    CARL ACKERMAN,                          No. 2:24-cv-01992-TLN-DMC

12                   Plaintiff,

13          v.                                 **ORDER**

14    UNITED STATES OF AMERICA,

15                   Defendant.

16

17

18          This matter is before the Court on a Motion to Withdraw filed by Alex Farzan and The

19    Law Office of Alex Farzan, counsel for Plaintiff Carl Ackerman ("Plaintiff").  (ECF No. 15.)

20    Defendants filed a statement of non-opposition.  For the reasons set forth below, the Court

21    GRANTS the motion.

22          The Local Rules of this district require an attorney who would withdraw and leave his or

23    her client without representation to obtain leave of court upon a noticed motion.  E.D. Cal. L.R.

24    182(d).  Local Rule 182(d) also requires an attorney to provide notice to the client and all other

25    parties who have appeared, and an affidavit stating the current or last known address of the client.

26    *Id.*  Finally, to comply with Local Rule 182(d), the attorney must conform to the requirements of

27    the California Rules of Professional Conduct.  *Id.*

28          The decision to grant or deny a motion to withdraw is within a court's discretion.

1

1   *McNally v. Eye Dog Found. for the Blind, Inc.*, No. 09-cv-AWI-SKO-01174, 2011 WL 1087117,

2   at *1 (E.D. Cal. Mar. 24, 2011).  District courts within this circuit have considered several factors

3   when evaluating a motion to withdraw, including the reason for withdrawal, prejudice to the

4   client, prejudice to the other litigants, harm to the administration of justice, and possible delay.

5   *See, e.g.*, *Deal v. Countrywide Home Loans*, No. 09-cv-01643-SBA, 2010 WL 3702459, at *2

6   (N.D. Cal. Sept. 15, 2010); *CE Res., Inc. v. Magellan Group, LLC*, No. 08-cv-02999-MCE-KJM,

7   2009 WL 3367489, at *2 (E.D. Cal. Oct. 14, 2009); *Beard v. Shuttermart of Cal., Inc.*, No. 07-cv-

8   00594-WQH-NLS, 2008 WL 410694, at *2 (S.D. Cal. Feb. 13, 2008).

9           In the instant case, Plaintiff's counsel satisfied Local Rule 182(d) by filing a declaration

10  that it informed Plaintiff of its intent to withdraw and by providing the Court with Plaintiff's last

11  known address.  (ECF No. 15 at 7.)  Plaintiff's counsel also established withdrawal is proper

12  under the California Rules of Professional Conduct.  More specifically, California Rule of

13  Professional Conduct 1.16(b)(4) states an attorney may withdraw from representing a client if the

14  client renders it unreasonably difficult for the lawyers to carry out the representation effectively.

15  Plaintiff's counsel represents that an irreconcilable break in the attorney-client relationship,

16  rendering it unreasonably difficult for Plaintiff's counsel to effectively represent Plaintiff.  (ECF

17  No. 15 at 5.)  Accordingly, there is good cause to allow Plaintiff's counsel to withdraw.

18          The Court also finds there is a low risk of prejudice to Plaintiff and the other litigants if

19  this motion is granted as there are no pending hearings scheduled and this case is in the early

20  stages of litigation.  Lastly, the Court cannot identify any harm to the administration of justice or

21  possible delay that would result from granting the motion to withdraw.

22          For the foregoing reasons, the Court hereby GRANTS the Motion to Withdraw (ECF No.

23  15), leaving Plaintiff in Pro Per.  This case is REFERRED to the assigned magistrate judge for all

24  purposes, exclusive of the pretrial conference and trial.  *See* Local Rule 302(c)(21).  The Clerk of

25  Court is directed to serve this Order on Plaintiff at 5522 California Street, Chico, California

26  95973.

27  //

28  //

1         IT IS SO ORDERED.

2    DATE: September 30, 2025

3

4

5

6    _____
     TROY L. NUNLEY
7    CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28