1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   CARL ACKERMAN,                        No.  2:24-CV-01992-TLN-DMC

12            Plaintiff,

13       v.                                 ORDER

14   UNITED STATES OF AMERICA,

15            Defendant.

16

17            Plaintiff, who is proceeding with retained counsel, brings this civil action.

18   Pending before the Court is parties' stipulation and proposed order to vacate and re-set scheduling

19   order. See ECF No. 22.

20            This matter has been referred to the assigned Magistrate Judge for all purposes

21   except for the Pretrial Conference and trial. See ECF No. 21. The Court has reviewed the parties'

22   stipulation to vacate and re-set the Scheduling Order contained in ECF No. 18, and good cause

23   appearing therefore, grants parties' stipulation.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    Accordingly, IT IS HEREBY ORDERED that:

2         1.    The dates and deadlines contained within the Scheduling Order, ECF No.

3    18, are vacated.

4         2.    The Court re-sets the Scheduling Order as follows:

5

| Event | New Deadline |
|-------|--------------|
| Fact Discovery Cut-Off | May 29, 2026 |
| Initial Expert Disclosure Deadline | August 28, 2026 |
| Rebuttal/Supplemental Expert Disclosure Deadline | September 25, 2026 |
| Expert Discovery Cut-Off | February 26, 2027 |

12        3.    The remaining orders in ECF No. 4 shall remain in effect.

Dated:  October 22, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2