# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL ACKERMAN,

      Plaintiff,

      v.

UNITED STATES OF AMERICA,

      Defendant.

No.  2:24-cv-1992-TLN-DMC

ORDER

Plaintiff, who is proceeding with retained counsel, brings this civil action.  The parties have filed a notice of settlement of the entire action.  See ECF No. 27.  Accordingly, the hearing set before the undersigned on February 25, 2026, on Defendants' motion to compel, ECF No. 24, is VACATED.   Defendant's request for remote appearance, ECF No. 25, is DENIED as moot.

      IT IS SO ORDERED.

Dated:  February 17, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1